IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: AMY CHRISTINE DONAGHY | : : : | CIVIL ACTION No. 19-1720 |

**O R D E R**

**AND NOW**, this **28th** day of **May, 2020,** upon consideration of Donaghy's appellate brief, the response and reply thereto, and after oral argument on May 20, 2020, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that the bankruptcy court's April 4, 2019 order is **AFFIRMED** and the appeal is **DISMISSED**.

The Clerk of Court shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Eduardo C. Robreno*
**EDUARDO C. ROBRENO, J.**